IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. BURTON, | 1:05-CV-1287 OWW SMS P |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| vs. | |
| A. SCRIBNER, | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement.  However, plaintiff's application to proceed in forma pauperis is not the proper form for civil rights actions pursuant to 41 USC § 1983.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis **or** pay the $250.00 filing fee.  It is not necessary to resubmit the prison trust account statement.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in

forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** _November 2, 2005_          /s/ Sandra M. Snyder
b6edp0                         UNITED STATES MAGISTRATE JUDGE