UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY A. BURTON, | ) | 1:05-cv-1287 OWW SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #18) |
| | ) | |
| A. SCRIBNER, Warden, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 8, 2007, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:    February 15, 2007**           /s/ Sandra M. Snyder
b6edp0                                    UNITED STATES MAGISTRATE JUDGE