IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. BURTON, | 1:05-cv-01287-LJO-SMS (PC) |
| Plaintiff, | |
| vs. | ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL AND DEFAULT JUDGMENT AS MOOT |
| A. SCRIBNER, | |
| Defendant. | (DOCUMENTS #27, 28) |

Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2007 and July 19, 2007, plaintiff filed motions for appointment of counsel and default judgment. In light of the fact that plaintiff's case was dismissed on April 6, 2007, the motions are DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:   August 24, 2007**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE