UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

OCT 1 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

JERRY A. BURTON,

    Plaintiff - Appellant,

v.

A. SCRIBNER, Warden,

    Defendant - Appellee.

No.   07-16636
D.C. No.  CV-05-01287-LJO/SMS

**ORDER**

This appeal has been taken in good faith   [   ]

This appeal is not taken in good faith   [✓]

Explanation: 1) No liberty right exists for the wrong claimed; 2) If a right existed, the facts as pled would be insufficient to constitute a violation; 3) A total failure to exhaust.

_____
Judge
United States District Court

Date: __10/10/07__